Emanee K. Barnes

167 Mountain Top Drive, Unit 202

Garner, NC 27529

emaneeb@aol.com

(252) 304-4285

RECEIVED

APR 24 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

April 23, 2025

Clerk of Court

U.S. District Court  Eastern District of North Carolina

P.O. Box 25670

Raleigh, NC 27611

RE: Pro Se Civil Complaint Filing

Dear Clerk of Court,

Enclosed please find my civil complaint, an application to proceed in forma pauperis (IFP), summons form, and a complete packet of supporting evidence for filing in the Eastern District of North Carolina. I am representing myself in this matter as a pro se litigant.

Please file these documents accordingly and notify me if any additional information or documentation is required. I sincerely appreciate your time and assistance.

Respectfully,

Emanee K. Barnes